UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


DANIEL C. BLANCHARD,

      Plaintiff,

v.                                                      Case No.: 8:10-cv-01191-T-24-EAJ

DANA ENTERPRISES, INC.,

      Defendant.
_____/

**ORDER DENYING
MOTION TO DISMISS
<u>WITHOUT PREJUDICE</u>**

      The Court now considers the Motion to Dismiss filed by Defendant Dana Enterprises, Inc. (Doc. 5), to which Plaintiff Daniel C. Blanchard has not yet responded.

      Dana Enterprises asks the Court to dismiss the Complaint because Blanchard failed to properly serve it as required by Florida law and Rule 4(h) of the Federal Rules of Civil Procedure. Dana Enterprises claims that Blanchard served process on a visiting house guest at a private residence that also serves as Dana Enterprises' corporate headquarters and the address of its registered agent. Dana Enterprises may be correct that service is deficient, but the Court does not need to decide this legal question yet.

      Under Rule 4(m), Blanchard has 120 days from the date that he filed the Complaint to complete service. Since Blanchard filed the Complaint on May 24, 2010, his time to complete service does not expire until September 21, 2010.

      Blanchard should attempt to re-serve process in order to avoid an unnecessary and

wasteful legal argument over this issue.  The Court notes that Rule 4(m) permits it to extend the time for service for "good cause," including a defendant's attempts to evade service.

The Motion to Dismiss filed by Defendant Dana Enterprises, Inc. (Doc. 5) is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

*Done on August 11, 2010.*

SUSAN C. BUCKLEW
United States District Judge